# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Nicolette Alvarado<br>DOB: 1979; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>19-06448MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(2)(B)(ii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 20, 2019, at or near Douglas, in the District of Arizona, **Nicolette Alvarado** did knowing or in reckless disregard of the fact that a certain aliens including, Francisco Garcia Garcia, had not received prior official authorization to come to, enter, or reside in the United States, did bring to or attempt to bring to the United States said alien, in any manner whatsoever, regardless of any official action which may later be taken with respect to such alien, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 20 2019, Customs and Border Protection Officers (CBPOs) identified **Nicolette Alvarado** as the driver of a 2014 Dodge Charger. **Alvarado** attempted to enter into the United States at the Douglas Port of Entry, with a minor child and an adult male passenger, later identified as Francisco Garcia Garcia. **Alvarado** presented a temporary Arizona driver's license and a mutilated U.S. Passport Card in her true name and date of birth to CPBO and orally claimed to be a United States citizen. **Alvarado** presented an Arizona identification card for her minor son, and also presented an Arizona identification card in the name of Ignacio Cardenas Javier for Garcia Garcia. CBPO noticed discrepancies between the male passenger and the document presented on his behalf. CBPO asked the adult male passenger what his citizenship was and the passenger stated he was a U.S. citizen, born in Phoenix, Arizona. CBPO questioned **Alvarado** about the relationship between her and the male passenger and **Alvarado** stated the male passenger was her uncle. The driver invoked her right to remain silent in the secondary inspection. Garcia Garcia was determined to be a citizen of Mexico and in the United States illegally.

Garcia Garcia stated he was given the identification card he presented by an unknown person and he paid $5,000 to be smuggled from Agua Prieta, Sonora, Mexico to Phoenix, Arizona. The witness stated he was told to memorize the information on the document. Garcia Garcia stated he was dropped off at a soccer field in Agua Prieta, Sonora. The witness stated that about five minutes after he was dropped off, **Alvarado** arrived and told him hello and then said let's go. Garcia Garcia stated that the **Alvarado** did not ask him anything during their travel to the port of entry, nor did she ask him where he was going, she just picked him up and drove straight to the port of entry. .

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: Francisco Garcia Garcia

| Detention Requested<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br>AUTHORIZED BY: AUSA JAA/kat | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>CBP Officer |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>[1] See Federal rules of Criminal Procedure Rules 3 and 54 | DATE<br>September 23, 2019 |